## ARTHUR DUFFY v. NORWOOD.

1. TITLE TO STREET BY PRESCRIPTION.
    Title by prescription is established in the public by the use of a street for more than twenty-one years.

2. CORNER LOT—ASSESSABLE FRONTAGE.
    Where the house, stable, drive and footways, as well as the use of a cornor lot, show the same to be on the breadthwise front of the property, the frontage on such side will determine the assessable frontage for an improvement on the street abutting that side, especially where no driveway or walk connect with the street on the narrower side and there is no improvement fronting thereon.

*Burch & Johnson*, for plaintifl.

*Wm. E. Bundy*, for the village.

APPEAL.

Two questions were involved in this case: (1) Whether Huston avenue is a public street or merely a private way; and (2) what is the assessable frontage of plaintiff's property? The decree below found that title by prescription had been established in the public by use of the way for more than twenty-one years; and that the breadthwise frontage of the property on Williams avenue is the amount of the assessable frontage for the present improvement.

SMITH, J.

We are of the opinion that the holding of Judge Buchwalter in this case, as appears from his opinion published in Dufly v. Norwood, 1 Dec. 85, was correct, and the same decree may be entered in this case, the village to pay the costs on appeal.